**GUTTILLA MURPHY ANDERSON**
**Ryan W. Anderson** (Ariz. No. 020974)
**Alisan M. B. Patten** (Ariz. No. 009795)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: apatten@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for the Dina L. Anderson, the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>EVEN STEVENS SANDWICHES, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:19-bk-03236-DPC<br><br>Adv. No. 2:21-ap-00068-DPC |
| DINA L. ANDERSON, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE BAYLESS and JOHN DOE BAYLESS, husband and wife, FINANCIALLYFIT INC., a Delaware corporation, MICHAEL MANSELL and KIM MANSELL, husband and wife, SUSAN KNIGHT and JOHN DOE KNIGHT, husband and wife, AMERICAN EXPRESS COMPANY, a New York corporation, RORAH 2.0 LLC, a Utah limited liability company, THE FALLS EVENT CENTER LLC, a Utah limited liability company, STEVEN DOWN and JANE DOE DOWN, husband and wife, SUZANNE DOWN and JOHN DOE DOWN, husband and wife, PACKMAN & ASSOCIATES, Inc., a California corporation, DESIGN BLUE INC., an Oregon corporation, | **CERTIFICATE OF SERVICE** |

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | JERED MILLER and JANE DOE MILLER, husband and wife, NATHAN LARSEN and JANE DOE LARSEN, husband and wife, ESBE STRATEGIC PARTNERS, INC., a Nevada corporation, BLUE MAX MARKETING, LLC, a Utah limited liability company, MICHAEL MCHENRY and JANE DOE MCHENRY, husband and wife,<br>                      Defendants. |

Karen Plum, states as follows:

I am employed by the law firm of Guttilla Murphy Anderson, PC, which is counsel of record in this matter. I am a citizen of the United States, over the age of eighteen years and am otherwise competent to testify to the facts stated herein. I make this certification as evidence of service of the following:

**COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS (Court Docket Entry "DE" No. 1);**

**SUMMONS IN AN ADVERSARY PROCEEDING (DE No. 6);**

**and**

**ORDER GRANTING JOINT EMERGENCY EX PARTE MOTION TO APPROVE SUBSTITUTION OF CHAPTER 7 TRUSTEE FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS PLAINTIFF IN ADVERSARY PROCEEDING (DE No. 4)**

A copy of each of the foregoing was served via first-class mail, postage prepaid, to each of the following on June 16, 2021:

Jeanne Bayless and John Doe Bayless
250 Beltway N.
Abilene, TX 79601

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

| | |
|---|---|
| 1 | FINANCIALLY FIT INC. |
| 2 | c/o The Corporation Trust Company<br>1209 Orange Street |
| 3 | Wilmington, DE 19801 |
| 4 | Steven Down<br>FINANCIALLY FIT INC. |
| 5 | 994 E. New Hope Dr.<br>Draper, UT 84020 |
| 6 | |
| 7 | Michael and Kim Mansell<br>577 Creekside Drive |
| 8 | Belton, TX 76513 |
| 9 | Stephen J. Squeri, President<br>American Express Company |
| 10 | 200 Vesey Street<br>New York, NY 10285 |
| 11 | |
| 12 | CT Corporation<br>Registered Agent: American Express Company |
| 13 | 28 Liberty Street<br>New York, NY 10005 |
| 14 | Jered D. Miller, Manager |
| 15 | RORAH 2.0 LLC<br>68 S. Main Street, 6th floor |
| 16 | Salt Lake City, UT, 84101 |
| 17 | Jered D. Miller, Statutory Agent<br>RORAH 2.0 LLC |
| 18 | 68 S. Main Street, 6th floor<br>Salt Lake City, UT, 84101 |
| 19 | |
| 20 | Jered D. Miller and Jane Doe Miller<br>68 S. Main Street, 6th floor |
| 21 | Salt Lake City, UT, 84101 |
| 22 | Suzanne Down<br>2130 Arthur Street |
| 23 | Klamath Falls, OR 97603 |
| 24 | |

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1 Hollie Packman, President
Packman & Associates, Inc.
2 25935 SW Stafford Rd.
Wilsonville, OR 97070
3

4 Hollie Packman, Statutory Agent
Packman & Associates, Inc.
5 25935 SW Stafford Rd.
Wilsonville, OR 97070

6

7 Daniel Packman, President
Design Blue, Inc.
25935 SW Stafford Rd.
8 Wilsonville, OR 97070

9 Daniel Packman, Statutory Agent
Design Blue, Inc.
10 2595 SW Stafford Rd.
Wilsonville, OR 97070
11

12 Jered Miller
68 S. Main Street, 6th floor
13 Salt Lake City, UT, 84101

14 Nathan Larsen and Jane Doe Larsen
9914 S. Tameron Drive
15 Sandy, UT 84092

16 ESBE Strategic Partners, Inc.
c/o Jana Shearer, Stat Agent
17 2198 Country Cove Court
Las Vegas, NV 89135
18

19 ESBE Strategic Partners, Inc.
c/o Jana Shearer, Stat Agent
20 11700 W. Charleston Blvd., #170-429
Las Vegas, NV 89135
21

22 Steven L. Down, Member
Blue Max Marketing, LLC
23 9067 South 1300 West, Ste. 301
West Jordan, UT 84088

24

Steven Down
Blue Max Marketing, LLC
994 E. New Hope Drive
Draper, UT 84020

Christopher Anderson, Statutory Agent
13997 S. Minuteman Drive, #140
Draper, UT 84020

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of June, 2021.

                        GUTTILLA MURPHY ANDERSON, P.C.

                        */s/ Karen Plum*
                        Karen Plum

[Not notarized pursuant to 28 U.S.C. § 1746]

3081-002(434091)

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300