**GUTTILLA MURPHY ANDERSON**
Ryan W. Anderson (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: apatten@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for the Dina L. Anderson, the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 7 |
|---|---|
| EVEN STEVENS SANDWICHES, LLC, *et al.*, Debtors. | Case No. 2:19-bk-03236-DPC |
| DINA L. ANDERSON, Chapter 7 Trustee, Plaintiff, v. JEANNE BAYLESS and JOHN DOE BAYLESS, husband and wife, FINANCIALLYFIT INC., a Delaware corporation, MICHAEL MANSELL and KIM MANSELL, husband and wife, SUSAN KNIGHT and JOHN DOE KNIGHT, husband and wife, AMERICAN EXPRESS COMPANY, a New York corporation, RORAH 2.0 LLC, a Utah limited liability company, THE FALLS EVENT CENTER LLC, a Utah limited liability company, STEVEN DOWN and JANE DOE DOWN, husband and wife, SUZANNE DOWN and JOHN DOE DOWN, husband and wife, PACKMAN & ASSOCIATES, Inc., a California corporation, DESIGN BLUE INC., an Oregon corporation, JERED MILLER and JANE DOE MILLER, husband and wife, NATHAN LARSEN and JANE DOE LARSEN, husband and wife, ESBE STRATEGIC PARTNERS, INC., a Nevada | Adv. No. 2:21-ap-00068-DPC

**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | corporation, BLUE MAX MARKETING, LLC, a Utah limited liability company, MICHAEL MCHENRY and JANE DOE MCHENRY, husband and wife, |
| 2 | |
| 3 | Defendants. |
| 4 | |

5   I, Louis A. Lofredo, state as follows:

6   I am employed by the law firm of Guttilla Murphy Anderson, PC, which is counsel

7   of record in this matter. I am a citizen of the United States, over the age of eighteen years

8   and am otherwise competent to testify to the facts stated herein. I make this certification as

9   evidence of service of the following:

**Order Approving Stipulated Motion to Vacate and Reschedule Scheduling Conference and Extend All Deadlines**
**(Doc 22 Adv)**

A copy of the foregoing was served via first-class mail, postage prepaid on February 17, 2022, or by email on February 16, 2022 if marked with an "*".

Jeanne Bayless and John Doe Bayless
250 Beltway N.
Abilene, TX 79601

Steven Down
Financially Fit Inc.
994 E. New Hope Dr.
Draper, UT 84020

Grant L. Cartwright
Andrew Harnisch
May, Potenza, Baran & Gillespie PC
1850 North Central Avenue
Suite 1600
Phoenix, AZ 85004
Email: GCartwright@maypotenza.com
Email: AHarnisch@maypotenza.com

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

*Attorneys for Rorah 2.0, LLC and*
*Jered Miller and Kaitlyn Miller\**
Brandon J. Tittle

Tittle Law Group, PLLC
5550 Granite Parkway, Suite 220
Plano, Texas 75024
Email: btittle@tittlelawgroup.com
*Attorneys for Rorah 2.0, LLC and*
*Jered Miller and Kaitlyn Miller\**

Suzanne Down
2130 Arthur Street
Klamath Falls, OR 97603

Daniel Steinberg
Jordan Ramis PC
Email: Daniel.Steinberg@jordanramis.com
*Attorneys for Packman & Associates, Inc. and*
*Design Blue, Inc.\**

Nathan Larsen and Jane Doe Larsen
9914 S. Tameron Drive
Sandy, UT 84092

Steven Down
Blue Max Marketing, LLC
994 E. New Hope Drive
Draper, UT 84020

Christopher Anderson, Statutory Agent
Blue Max Marketing, LLC
13997 S. Minuteman Drive, #140
Draper, UT 84020

ESBE Strategic Partners
c/o Brooks Pickering
Email: bpickering@driveequitypartners.com*

///

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of February, 2022.

GUTTILLA MURPHY ANDERSON, P.C.

*/s/ Louis A. Lofredo*
Louis A. Lofredo, Paralegal

[Not notarized pursuant to 28 U.S.C. § 1746]

3081-002 (459903)

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300