SO ORDERED.

Dated: May 10, 2022

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>EVEN STEVENS SANDWICHES, LLC, *et al.*,<br>                Debtors. | Case No. 2:19-bk-03236-DPC<br><br>Chapter 7 |
| Anthony H. Mason, Chapter 7 Trustee, DINA L. ANDERSON, Chapter 7 Trustee,<br>                Plaintiff,<br>v.<br>JEANNE BAYLESS and JOHN DOE BAYLESS, husband and wife, FINANCIALLY FIT INC., a Delaware corporation, MICHAEL MANSELL and KIM MANSELL, husband and wife, SUSAN KNIGHT and JOHN DOE KNIGHT, husband and wife, AMERICAN EXPRESS COMPANY, a New York corporation, RORAH 2.0 LLC, a Utah limited liability company, THE FALLS EVENT CENTER LLC, a Utah limited liability company, STEVEN DOWN and JANE DOE DOWN, husband and wife, SUZANNE DOWN and JOHN DOE DOWN, husband and wife, PACKMAN & ASSOCIATES, Inc., a California corporation, DESIGN BLUE INC., an Oregon corporation, JERED MILLER and JANE DOE MILLER, husband and wife, NATHAN | Adv. No. 2:21-ap-00068-DPC<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS SUZANNE DOWN AND JOHN DOE DOWN** |

| | |
|---|---|
| 1 | LARSEN and JANE DOE LARSEN, husband and wife, ESBE STRATEGIC |
| 2 | PARTNERS, INC., a Nevada corporation, BLUE MAX |
| 3 | MARKETING, LLC, a Utah limited liability company, MICHAEL |
| 4 | MCHENRY and JANE DOE MCHENRY, husband and wife, |
| 5 | Defendants. |

6  Plaintiff, Unsecured Creditors Committee ("Plaintiff") filed a Complaint for the above-referenced Adversary Case on March 18, 2021 prior to the Chapter 7 conversion date on May 6, 2021, and just prior to the two-year anniversary of the petition date, March 21, 2019. Dina L. Anderson, the duly appointed Chapter 7 Trustee for the above-referenced bankruptcy case ("Trustee"), having filed a *Motion for Entry of Default* [Docket Entry "Dkt." No. 49] with the Clerk of Court and a Declaration of Counsel, and having set forth the basis supporting the Entry of Default and the Entry of a Default Judgment against Defendants Suzanne Down and John Doe Down ("Defendants Down"), and having reviewed the pleadings of record,

**THE COURT FINDS**:

1. Defendants Down were properly served with process pursuant to Fed. R. Bankr. P. 7004(b)(3) and failed to appear and answer the Complaint or complete payments owed in the Complaint within the time prescribed by law;

2. The Clerk of this Court duly entered the default against Defendants Down on March 1, 2022 [Dkt. No. 37];

3. Defendants Down are neither infants, incompetent persons, nor members of the military service; and

4. The Plaintiff is entitled to judgment against Defendants Down and there is no just reason to delay entry of judgment.

**NOW, THEREFORE, IT IS ORDERED** as follows:

A. Granting Judgment to Plaintiff on the Complaint;

B. Plaintiff is awarded damages of $21,000.00 against Suzanne Down and John Doe Down;

C. Plaintiff is awarded pre-judgment interest at the maximum legal rate pursuant to 28 U.S.C. § 1961 on the Transfers from the earliest date allowed by law until date of judgment;

D. Plaintiff is awarded post-judgment interest at the maximum legal rate pursuant to 28 U.S.C. § 1961 from the date of judgment until paid in full; and

E. For such other and further relief as the Court deems just and proper.

**DATED AND SIGNED ABOVE**.