**BURCH & CRACCHIOLO, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 1700
PHOENIX, AZ 85004
TELEPHONE 602.274.7611

Ryan W. Anderson (Ariz. No. 020974)
Myles M. Lewallen (Ariz. No. 039576)
Email: randerson@bcattorneys.com
Email: mlewallen@bcattorneys.com
*Attorneys for Dina L. Anderson, the Plaintiff/Judgment Creditor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 7 |
| EVEN STEVENS SANDWICHES, LLC, *et al.*, | Case No. 2:19-bk-03236-DPC |
| Debtors. | Adv. No. 2:21-ap-00068-DPC |
| DINA L. ANDERSON, Chapter 7 Trustee, | **APPLICATION FOR WRIT OF GARNISHMENT** |
| Plaintiff/Judgment Creditor, v. | **(Earnings)** |
| JEANNE BAYLESS, | |
| Defendant/Judgment Debtor. | |
| HENDRICK HEALTH NETWORK, | |
| Garnishee. | |

Dina L. Anderson, Chapter 7 Trustee ("Trustee"), by and through undersigned counsel, hereby applies pursuant to A.R.S. § 12-1572 for a Writ of Garnishment of Jeanne Bayless ("Judgment Debtor"). In support hereof, Trustee respectfully represents:

1      1.      Even Stevens Sandwiches, LLC ("Even Stevens") filed a Voluntary Petition

2   under Chapter 11 on March 21, 2019, which converted to one under Chapter 7 on May 6,

3   2021.

4      2.      Dina L. Anderson is the duly appointed and acting Trustee in this matter.

5      3.      This Court entered a Judgment in favor of the Trustee in the above-captioned

6   case on May 10, 2022, in the principal sum of $100,000.00, plus interest on the Judgment

7   accruing at the rate set forth in 28 U.S.C. § 1961. [Docket Entry No. 51].

8      4.      Despite demand by the Trustee, Judgment Debtor has failed and continues to

9   fail to pay the amount due under the Judgment, or any portion thereof.

10     5.      The balance due under the Judgment, for which no payment has been made, as

11  of October 20, 2025 is as follows:

|  |  |
|---|---|
| Judgment Amount (Principal): | $100,000.00 |
| Accrued Interest[1]: | $7,002.11 |
| **TOTAL DUE:** | **$107,002.11** |

14     6.      Upon information and belief, Garnishee employs Judgment Debtor Jeanne

15  Bayless or otherwise owes or will owe Judgment Debtor disposable earnings within 60 days.

16     7.      The name and address of Garnishee or its authorized agent is as follows:

**Hendrick Health Network**
**1900 Pine St.**
**Abilene, TX 79601-2432**

---

[1] Interest on the unpaid principal amount of the Judgment accrues at the federal rate of 2.03% from the date of the Judgment (May 10, 2022) until the October 20, 2025 date of the Application for Writ of Garnishment (1,259 days) for a total of $7,002.11.

2

1    WHEREFORE, Dina L. Anderson, Chapter 7 Trustee and Judgment Creditor,

2   respectfully requests that this Court issue a Writ of Garnishment and Summons (Earnings)

3   against Garnishee.

4        Dated this 20th day of October 2025.

5                                           BURCH & CRACCHIOLO, P.A.

6                                           /s/ Myles M. Lewallen
                                            Myles M. Lewallen
7                                           Attorneys for the Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

3