3

| | |
|---|---|
| Person Filing:<br>Mailing Address:<br>City, State, Zip Code:<br>Email Address:<br>Telephone Number(S):<br>Representing: [ ] Self [ ] Attorney [ ] Other<br>State Bar No. (If Applicable): | **FILED**<br>OCT 2 0 2025<br>U.S. BANKRUPTCY COURT<br>FOR THE DISTRICT OF ARIZONA |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>EVEN STEVENS SANDWICHES, LLC, *et al.*,<br><br>Debtors.<br>_____<br><br>DINA L. ANDERSON, Chapter 7 Trustee,<br><br>Plaintiff/Judgment Creditor,<br>v.<br><br>JEANNE BAYLESS,<br><br>Defendant/Judgment Debtor.<br>_____<br><br>MORTENSON DENTAL PARTNERS,<br><br>Garnishee. | Chapter 7<br><br>Case No. 2:19-bk-03236-DPC<br><br>Adv. No. 2:21-ap-00068-DPC<br><br>**GARNISHEE'S NON-EXEMPT EARNINGS STATEMENT**<br>**(NOT FOR SUPPORT OF A PERSON)**<br>**(ARS §§ 12-1598.11 & 12-1598.16(J))** |

1. This Non-Exempt Earnings Statement covers the following pay period:

   __09/01/25__ to __9/30/25__.
   Beginning Date      Ending Date

2. Do you currently employ the Judgment Debtor?  (Yes)    No

   If "No," what was the last date on which the Judgment Debtor worked for you? _____.

3. Is the Judgment Debtor owed any earnings for this pay period?  (Yes)   No

# WITHHOLDING WORKSHEET

Judgment debtor's gross earnings (pre-tax) for this pay period   (1) $ 1366.66

Judgment debtor's disposable earnings (gross minus deductions required by law)   (2) $ 1178.79

10% of line (2) (or other percentage ordered to be withheld)   (3) $ 117.88

Judgment debtor's pay period: (4) (Check one.)

[ ] Weekly factor = 60
[ ] Biweekly factor = 120
[ ] Semimonthly factor = 130
[X] Monthly factor = 260

Current federal minimum wage: $_____
Current state minimum wage: $_____
Current local minimum wage (if any): $_____
List the highest minimum wage amount: (5) $ 7.25 / hour.

Line (5) multiplied by factor selected in (4)   (6) $ 1885.00
Line (2) minus line (6)   (7) $ _____
Amount from line (3) or line (7), whichever is smaller   (8) $ _____
Amount withheld for other court-ordered assignment for support of a person or other garnishment or levy for collection of taxes   (9) $ _____
Line (8) minus line (9), this is the amount withheld   (10) $ _____
Line (10) minus employer's $5.00 processing fee   (11) $ _____

The amount shown on line (10) is the amount you should withhold for this pay period.

The amount shown on line (11) is the amount you deliver to the judgment creditor.

I provided a copy of this statement to:
Judgment Debtor [ ] By mail [ ] Hand delivery   Date: _____
Judgment Creditor [ ] By mail [ ] Hand delivery   Date: _____

2

YOU SHOULD WITHHOLD THE AMOUNT IN LINE 10 IMMEDIATELY. YOU SHOULD SEND THE AMOUNT TO THE JUDGMENT CREDITOR ONLY AFTER YOU HAVE RECEIVED A SIGNED ORDER FROM THE COURT.

Dated: 10/14/25

*Kelly Kimball*
Garnishee's Name (print)

*Kelly Kimball*
Signature of Garnishee/Authorized Agent

3